FILED
HARRISBURG, PA
SEP 23 2020
DEPUTY CLERK

1 ✓

Honorable Judge John Jones PER ＰＭ 9-2-20

INRE: 1:15-cr-00103
and the decision of my motion for
reduction in Sentance/compassionate release.

I do understand that the nature of my case is a sensitive issue and it does impact a fair desicion on my motion. The topic of Sex offenses is a sensitive topic and opinions strongly vairy. Please understand my case has been exaggerated and even twisted by many people over the years of my incareration. I have had to suffer, attacks, extortion, various forms of harrassment and sexual assaults. I continue to suffer harrassment and bullying even up to this point, and not just by inmates but also staff. On top of my debilitating condition I suffer alot emotionally. Doctors have overlooked my medical issues and let me get to this point. Psychologists and psychiatrists can't really do much for me in a institutional setting. I also cannot take many forms of psychotropic medication because of Tardive Dysconisia and I get restlessness and uncontollable and miserable spasms and muscle movements that are permenent and many psychotropics only make my symptoms worse. I was recently taking Ativan for my severe anxiety but I was taken off because of a generalization and from what I feel was actually slander. Saying I only wanted a Benzodiazipne, however its not true. He also offered me many psychotropics that I cannot take and I know this because I have taken many of what

he offered. Unfortuneatly they had bad side effects on me and made my Tardive Dysconisia worse. The Doctor didn't really give me the time to explain nor did he read my past history of medications and the fact I have Tardive Dysconisia. I am currently seeking a doctor to see what else I can take for my mental health issues, mainly my severe Anxiety and depression. I have seen in the governments response that I refused all medications offered, I have not. I have been on many, the last being Buspar, but it was only effecting my Tardive Dysconisia and my ability to function. It actually is more powerful than the dose of Ativan given to me and many others offered to me were actually more intoxicating compared to the Ativan given to me. The Ativan actually helped me significantly with almost no side effects, however the doctor slandered me a Benzo Seeker. Many Doctors have done this too me because they label all inmates drug abusers. I do have a history but in reality I was self medicating from all the issues I had as a child with abuse and loss. I didn't have the courage to talk about it to a professional for many years unfortunatly it looks bad on my case.

I also know and have experianced discrimination by staff and medical staff because my offense. I seem to be put last and even put in danger. I have been harrassed by staff about my case by officers and medical staff even a "LT" They have shared my PSR with others aswell

It is unfortunate this has to happen. It happens to all sex offenders. It's also very sad, after all I go through I still have issues. I'm very weak. I can't defend myself. I cry on a daily basis. I fear for my life even, I do not feel safe. Too much has happened to me. I can't even go to staff if im in trouble, if I do I will get harmed even murdered for telling on them for hurting me. I been extorted out of $2000 out of my inheritance I got from my dead grandfather. I couldn't even report it in fear of my life. In prison, "inmate prison politics" make it if a sex offender has money, they get robbed and extorted. Im sure you know that! In general sex offenders are subject to attacks and daily harrassment. My punishment is far more than my sentance. I have it much harder than other inmates. I also had to suffer years of medical neglect and I had to lose my colon and rectum and I have to be on a bag for the remainder of my life.

In the midst of my disease and surgeries something else happened. I am impotent, I have no sex drive and I am completely unable to achieve erections. Nerves were severed during my surgeries that caused this. It was a low chance, I was told but it did happen. So as a sex offender, really I pose no risk to the public. I also never been in trouble and I have programed before I got too ill. I been a model inmate and I don't want any trouble. Unfortunately I get attacked and abused.

I am going to suffer the rest of my life from what happened to me in prison. I already have PTSD, prison has only scared me more. I have suffered so much in my life. I was abused sexually as a small child, I lost my mother at age 9. I was bullied by other kids because my eye. I was violently raped by 2 sadistic men repeatedly when I was 12, they cut and burned me and threatened my life and my families life if I told. I bled from my anus for a week, but couldn't tell my father in fear of my life and families life, I needed a hospital but I couldn't go. This abuse by those men went on several months a few times a week "They were neighbors" until I moved to Pennslyvania. I continued being picked on by others because I was a scared kid and I flinched at sudden movements. I lost my father to suicide when I was 16 and came home to find him. Really I have suffered too much to be able to handle this life in prison. I still flinch and duck at sudden movements. I get harrassed and I start crying and everyone sees and then they use my fear against me. I am too sensitive for prison. If I was home I wouldnt have to go through this, I would be living in a rural area away from crowds and I will be around people who love and care about me. I will finally be safe and have peace.

I am only getting more ill medically from all the stress I go through. Its proven stress effects physical health.

I still have ~~treatable~~ uncurable medical issues like my stomach disease, where I have inflamlamation and bleeding. I have joint disorder and my bones, joints and teeth have been permenetly damaged from prolonged use of prednisone for my diseases. It has also effected my immune system and so has my disease. It is a known fact the GI trach plays a significant role in the immune system. I am missing my large intestine and I have a stomach disease and a damaged liver from years of Hep C. It is also proven stress plays a role aswell. I also have a history of heart related issues of Tachicardia. So if I do contract Covid-19 I will most likely die. I can die from some of my medical issues anyway and I know I dont have a long life ahead of me anyway. Unfortunatly the doctors "The Prison Doctors" discriminate against me and many other inmates and they leave comments to cover them to not make them look bad when really they let us suffer. My condition is not under control here at FMC Butner. My current doctor is the same I had at the FCI and today he said I never needed surgery back at the FCI when clearly I was sent down here from New York for surgery I needed as told by outside doctors at a local hospital. I was allowed to suffer for additional months until I had an emergency. My records prove this. They almost let me die.

Please reconsider my request for Compassionate Release

or a sentance reduction. I am not a risk to the public as a sex offender. I am technically casterated due to the complications with my disease and surgeries. And in other cases, when a sex offender is casterated or chemically casterated it is taken into consideration as low risk / no risk. My motion was only denyed because Im a sex offender and I feel that every other details in my motion was overlooked because of that fact. There was also misunderstandings that needed to be cleared up. I will be in a much safer enviornment if I were released. Prison is way too dangerous to my Physical and Mental/emotional health. I do not have access to real professionals in the BOP. This enviornment only makes everything much worse on my health and it triggers very severe panic attacks, due to danger and being in a confined space. I need open spaces outside, not locked down in prison or in a crowded prison yard full of dangerous inmates. There is no protective custody in the BOP there is only lockdown in segregation were I would be treated the same as disiplinary inmates, and I cannot handle being confined in a small space. It is really just torturing me.

I will do anything legally to be released, something has to be done or there can be some deal or aggreement. If I can be placed on house arrest or a GPS monitor until my sentance is served or anything please your honor please. I would even help the government if I can. I am not a bad person really Im not. I am very sorry for what —

— I did to get here. I really am sorry and I feel horrible for my victim and his mother for what I put them through. I was a bad influence and I broke his mothers trust, I understand that and I am sorry, I been sorry since day 1. I wish I could take it back but I cant. All I can do is be a better person and thats all I been doing. I even gave $280 to elderly holocaust victims in the Ukraine and Russia recently. I educate myself by reading and watching educational programs on Television since I cant get out due to covid. I am not the same person I was before I was arrested. Many years have passed and I was pretty much still a kid back than the brain is not developed until age 25 and im 27 now. I am disabled but I will do whatever I can when I get out to be a better person. I dont have a long life ahead of me I will only get worse, I can't have my stomach removed and there is only so much small intestine. My disease will only spread. I have mobility issues because im very weak and I have bad bones and damaged joints. I pose no risk and I will stay out of trouble. I am only in danger being in prison. My bones are brittle if I get punched, they probably will break. I will die if I take a blow to my chest since I have a concaved chest with brittle bones. I am likely to be attacked just because I have a sex offense and I will be extorted because I have money I need on my inmate comissary account. I dont deserve to be punished anymore.

There is no safe place for me in prison. Prison rules that inmates make, make me in danger. I am too ill but they do not care. I have been beaten and punched in the gut before I got my surgery and I cried in pain. I been sexually assaulted and I have a diseased rectum. I cant report anything because I fear for my life and I get followed around. I have seen inmates attacked in front of staff, they really dont care. This is not a place for me. I am not like these people. I am not like alot of the sex offenders either, many of them make me uncomfortable and are really sick people. One of the inmates who sexually assaulted me was also a sex offender, the others who sexually assaulted me did it because I am a sex offender and that I am clearly a homosexual because the way I talk and my body language. Something I can't help I just talk feminine alittle and I walk that way I guess I cant help that I always been like this. I dont want to be with anyone in prison and some inmates dont want to take no for an answer. Please everything I am saying is true I swear. I really need to go home. I have a place to go. I really have many options since I have money now. But I will be living with Rachael Veit. At 304 old dixie highway SW, Vero Beach, Fl 32962, until she moves back to rural york county PA. I will obey the laws. You can contact Rachael or Dave her boyfriend at 386 290 4912, Her phone is off, thats Dave's phone but thats the only number I have at –

the moment. You can call to confirm if you want but wherever she will be living I will be living because I am ill and need help with transportation because I am unable to drive because I'm blind in one eye and have no depth perception. She is a good person and she cares dearly for me. She is ready for me to come home. She can also verify everything that I have said and that I been suffering in here, medically and emotionally. There is somethings I didnt want to tell her over the phone because I didnt want her to worry about me being abused and that staff will find out and I would be forced to tell on people before I'm out of the facility. Since I been out of the FCI I have reported it. But Rachael knows the most of it and will be able to verify the years of my suffering, and that I will be living with her and she will help care for me.

I know this letter runs on and is sloppy I am sorry, I cant help it and I have a shaky hand. I also have to let you know everything, and why I need to be released. It is very sad, I have never been able to get a visit because of distance and financial issues and it's time I go home and be safe. They will not be keeping me at the FMC much longer because I have a bad doctor that has a thing against me so I will end up back in a very dangerous environment were I will be attacked or even murdered. Also covid is more

rampid at the FCI. If I got it I will die. If I go back to the same FCI here at Butner I will probably be murdered, because I was being extorted and I have not sent anymore money since I came here to the FMC. I lost 2000 dollars and they wanted me to give them 4500 dollars because they run up debt with gangs and since Im a white sex offender that had some money I was forced to pay their debt or I would die. They even beat me and held a shank that looked like a screwdriver to my chest that was like 9 inches long. Please your honor help me I cant go back there or any place dangerous for me. I need to be in a safe place and home is the best place. I will take anything I just need to get out of prison. House arrest, a GPS anything but prison. I dont want to die. Im a nervous reck and I cry every single day. My face and eyelids twitch because my nerves and I have very bad panic attacks where I cant move I am about to completely breakdown or have a stroke. Please help me. I am no danger to anyone.

Respectfully yours,

Gabriel Joseph Palmer.

Name: Gabriel Palmer  Number: #72615-067
Federal Medical Center
P.O. Box 1600
Butner, NC 27509


RALEIGH NC 275
Research Triangle Region
9 SEP 2020 PM 6 L
FOREVER / USA


RECEIVED
HARRISBURG, PA
SEP 23 2020
PER _____
DEPUTY CLERK
"Legal Mail"

⇔72615-067⇔
Judge John Jones
228 Walnut St
Harrisburg, PA 17108
United States


RECEIVED
SEP 18 2020
FEDERAL PUBLIC DEFENDER
HARRISBURG

17101-171499